ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LESLIE GRADY FREY<br>240 CALLE CUERVO<br>SAN CLEMENTE CA 92672<br>714.341.5016<br>21JUNIOR@PM.ME<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | FILED<br>JAN 12 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br><br>LESLIE GRADY FREY<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-12112 MH<br>CHAPTER: SELECT CHAPTER 13<br><br>**MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS**<br><br>[No Hearing Required] |

Movant LESLIE FREY hereby moves this court, pursuant to 11 U.S.C. § 107(c) and FRBP 9037 for a protective order to restrict public access to filed documents containing personal data identifiers for an individual (including but not limited to, an individual's social security number or tax identification number, financial account numbers, birth dates and/or names of minor children). <u>See also</u> LBR 1002-1(e). Movant further moves that the court authorize the redaction of personal data identifiers from these documents and direct the clerk of the court to restrict public access to these documents as originally filed, whether electronically or manually, so that the personal data identifiers are not available to public access.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

November 2014                              Page 1                        F 9037-1.1.MOTION.RESTRICT.PERS.ID

## ATTACHMENT TO MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED AND PUBLIC ACCESS TO BE RESTRICTED.

| Docket or Claim No. | Date Filed | Name of Document |
|---|---|---|
| 1 | 12/15/22 | CHAPTER 13 Voluntary Petition Individual |
| 3 | 12/15/22 | Statement About Your Social Security |
| 4 | 12/15/22 | Certificate of Credit Counceling |
| 5 | 12/15/22 | Meeting of Creditors |
| 6 | 12/17/22 | BNC Certificate of Notice |
| 7 | 12/17/22 | BNC Certificate of Notice |
| 8 | 12/17/22 | BNC Certificate of Notice |
| 9 | 12/27/22 | Motion to Extend Deadline to File |
| 10 | 12/28/22 | Order Granting Motion to Extend |
| 11 | 12/29/22 | Trustee's Notice to the Debtor |
| 12 | 12/30/22 | BNC Certificate of Notice |
| 13 | 01/09/23 | RENOTICE Confirmation Hearing |
| 14 | 01/11/23 | Notice of motion & motion for Relief |
| 15 | 01/11/23 | Notice of motion & motion for Relief |
| 16 | 01/11/23 | Errata Erratum as to the Date |
| 17 | 01/11/23 | Hearing set |
| 19 | 01/11/23 | BNC Certificate of Notice |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

November 2014                    Page 3                    F 9037-1.1.MOTION.RESTRICT.PERS.ID

Movant hereby certifies that the documents on the attached list containing personal data identifiers were filed on the dates stated below and that public disclosure of personal data identifiers would create undue risk of identity theft or other unlawful injury to the individual or his/her property. (List each document separately and provide the date(s) of filing of the document and its assigned docket entry or claim number(s). You may attach as many continuation pages as necessary.)

I declare under penalty of perjury that the foregoing is true and correct.

01/12/23  LESLIE FREY
Date    Printed name of Movant             Signature of Movant

_____    _____     _____
Date    Printed name of attorney             Signature of attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

November 2014                         Page 2                         F 9037-1.1.MOTION.RESTRICT.PERS.ID

## Superior Court of California, County of San Diego - Register of Actions

← Page | 🔍 Case Number Search | 🔍 Participant Name Search | 🔍 Date Search
🔍 Unlawful Detainer Search | 🖨 Printer Friendly Version | ❶ FAQ

🛒 Cart

# Register of Actions (ROA)

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | 37-2021-00044543-CU-HR-NC | Date Filed: | 10/20/2021 |
| Case Title: | Goff vs HART [IMAGED] | Case Status: | Post Judgment |
| Case Category: | Civil - Unlimited | Location: | North County |
| Case Type: | Harassment | Judicial Officer: | |
| Case Age: | 28 days | Department: | N-03 |

### Future Events

| Event Date | Event Time | Location | Event Type |
|---|---|---|---|
| No future events | | | |

### Participants

| Name | Role | Representation |
|---|---|---|
| Billions, Brei ; AKA : Flack, Brei | Respondent | |
| Goff, Jesslyn | Petitioner | Self-Represented |
| Hart, Rebecca Ann; AKA : Smith, Rebecca | Respondent | |

1

### Representation

| Name | Address | Phone Number |
|---|---|---|
| GOFF, JESSLYN | 747 S Mission Road 61 Fallbrook CA 92028 | (760) 472-2583 |

1

### Register of Actions

| | All Entries | Filing Entries | Minutes Entries | Scheduling Entries | |
|---|---|---|---|---|---|

1

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| 12 | 11/08/2021 | Minutes finalized for Hearing on Restraining Order heard 11/08/2021 08:30:00 AM. | | | |
| 11 | 11/08/2021 | Restraining order as requested against REBECCA ANN HART AKA REBECCA SMITH and BREI BILLINGS AKA BREI FLACK was granted. | | | |
| 10 | 11/08/2021 | Civil Harassment Restraining Order After Hearing (CLETS-CHO) filed by Goff, Jesslyn. Refers to: Hart, Rebecca | Goff, Jesslyn (Petitioner) | | |
| 9 | 10/25/2021 | Proof of Personal Service filed by Goff, Jesslyn. Refers to: Billions, Brei | Goff, Jesslyn (Petitioner) | | |
| 8 | 10/25/2021 | Proof of Personal Service filed by Goff, Jesslyn. Refers to: Hart, Rebecca | Goff, Jesslyn (Petitioner) | | |
| 7 | 10/20/2021 | Hearing on Restraining Order scheduled for 11/08/2021 at 08:30:00 AM at North County in N-03. | | | |
| 6 | 10/20/2021 | Notice of Court Hearing filed by Goff, Jesslyn. Refers to: Billions, Brei; Hart, Rebecca | Goff, Jesslyn (Petitioner) | | |
| 5 | 10/20/2021 | Temporary Restraining Order (Partly GRANTED and partly DENIED) filed by Goff, Jesslyn. Refers to: Billions, Brei; Hart, Rebecca | Goff, Jesslyn (Petitioner) | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
Date                          Printed Name                   Signature

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

November 2014    Page 4    F 9037.1.1.MOTION.RESTRICT.PERS.ID